05 - 6491M - 01-29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. P-546997 |
| | : | |
| v. | : | |
| | : | **FILED** |
| ELLEN E. BARFIELD, et al., | : | |
| | : | NOV 1 0 2005 |
| Defendants. | : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion For Leave To Late File Its Motion *in Limine* to Preclude an Affirmative Defense of Necessity, and for good cause shown, it is this 10 day of November, 2005, hereby

**ORDERED** that the Government's Motion For Leave To Late File Its Motion *in Limine* to Preclude an Affirmative Defense of Necessity is **GRANTED**.

_____
Magistrate Judge Alan Kay